SHAW KELLER
LLP

John W. Shaw
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 - Direct
jshaw@shawkeller.com

December 29, 2014

**BY CM/ECF & HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court
844 N. King Street
Wilmington, DE 19801

Re: *Orthophoenix LL v. Stryker Corporation*, C.A. No. 13-1628-LPS

Dear Chief Judge Stark:

I write on behalf of Medtronic, Inc. ("Medtronic") pursuant to Local Rule 7.1.4 to request oral argument on Stryker Corporation's ("Stryker") Motion to Stay with Regard to Four Patents Pending *Inter Partes* Review (D.I. 56). Stryker's Reply asks for relief it did not seek in its motion to stay. Now, Stryker wants to stay Orthophoenix LLC's claim that Stryker infringes claims of 4 patents, but wants to proceed immediately on Stryker's antitrust claims relating to those same four patents against Orthophoenix LLC and third parties IP Navigation Group, LLC and Medtronic. Medtronic thus must now oppose Stryker's motion based on Stryker's attempt to claim new and different relief in its Reply and accordingly asks the court to set oral argument to address this unique circumstance.

Respectfully submitted,

*/s/ John W. Shaw*

John W. Shaw (No. 3362)

cc: Clerk of the Court (via hand delivery)
All Counsel of Record (via CM/ECF)