IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORTHOPHOENIX, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1628-LPS |
| | ) | |
| STRYKER CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| STRYKER CORPORATION, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ORTHOPHOENIX, LLC; | ) | |
| IP NAVIGATION GROUP, LLC; | ) | |
| MEDTRONIC, INC., | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 and the terms of the parties' Settlement Agreement, Plaintiff Orthophoenix LLC, Defendant Stryker Corporation, and Counterclaim Defendants Medtronic Inc. and IP Navigation Group LLC hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this matter. This Court shall retain jurisdiction to enforce this Order of Dismissal.

Except as set forth specifically in the settlement between the parties, wherein Orthophoenix LLC and IP Navigation Group LLC acknowledged a contractual obligation to indemnify Medtronic Inc. for its costs, expenses and attorneys' fees incurred in this matter, the

above-identified parties agree that they will bear their own costs, expenses and attorneys' fees incurred in this matter and each party knowingly and voluntarily waives any right, arising under 35 U.S.C. §285 or otherwise, to make a claim for any costs, attorney fees or other expenses associated with the matters settled by this Stipulation of Dismissal.

**IT IS SO ORDERED** on this _____ day of _____, 2016.

_____
Honorable Leonard Stark, U.S.D.J.

We hereby consent to entry of this Order:

| BAYARD, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| By: /s/ Stephen B. Brauerman | By: /s/ Anne Shea Gaza |
| Stephen B. Brauerman (No. 4952)<br>222 Delaware Avenue, Suite 900<br>PO Box 25130<br>Wilmington, DE 19899<br>302-655-5000<br>sbrauerman@bayardlaw.com | Anne Shea Gaza (No. 4093)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>302-571-6600<br>agaza@ycst.com |
| *Attorneys for Orthophoenix LLC and IP Navigation Group LLC* | *Attorneys for Stryker Corporation* |

SHAW KELLER LLP

By: /s/ John W. Shaw
John W. Shaw (No. 3362)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
302-298-0700
jshaw@shawkeller.com

*Attorneys for Medtronic Inc.*