IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORTHOPHOENIX, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-1628-LPS |
| | ) |
| STRYKER CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| STRYKER CORPORATION, | ) |
| | ) |
| Counterclaim-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ORTHOPHOENIX, LLC, | ) |
| IP NAVIGATION GROUP, LLC, | ) |
| and MEDTRONIC, INC., | ) |
| | ) |
| Counterclaim-Defendants. | ) |

**COUNTERCLAIM DEFENDANT MEDTRONIC'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Counterclaim defendant Medtronic, Inc. ("Medtronic") hereby moves the court for entry of an order enforcing the May 4, 2016 settlement agreement between the parties and requiring plaintiff Orthophoenix, LLC, its affiliate Marathon Patent Group, Inc., and plaintiff IP Navigation Group, LLC (collectively, "The Orthophoenix Parties") to pay the full amount of Medtronic's costs and fees incurred in connection with this litigation plus prejudgment interest. The bases of the motion are set forth in Medtronic's Opening Brief in support of this motion, filed herewith.

WHEREFORE, Medtronic, Inc. respectfully requests the Court to grant this motion and to enter the attached proposed order.

|  |  |
|---|---|
| OF COUNSEL:<br>Edward R. Reines<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>(650) 802-3022<br><br>Dated: June 9, 2016 | */s/ John W. Shaw*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>*Attorneys for Medtronic, Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORTHOPHOENIX, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-1628-LPS |
| | ) |
| STRYKER CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| STRYKER CORPORATION, | ) |
| | ) |
| Counterclaim-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ORTHOPHOENIX, LLC, | ) |
| IP NAVIGATION GROUP, LLC, | ) |
| and MEDTRONIC, INC., | ) |
| | ) |
| Counterclaim-Defendants. | ) |

**ORDER**

At Wilmington this ___ day of _____, 2016, having considered counterclaim defendant Medtronic, Inc.'s ("Medtronic") Motion to Enforce Settlement Agreement, along with all papers and argument submitted in support of the motion and in opposition thereto, it is ORDERED that the motion is GRANTED. It is further ordered that:

1.  Orthophoenix, LLC, Marathon Patent Group, Inc., and IP Navigation Group, LLC (collectively, "The Orthophoenix Parties") shall pay Medtronic $_____ within 10 days of this order; and

2.	The Orthophoenix Parties shall pay prejudgment interest at a rate of 6% from May 21, 2016 until $_____ is paid, and for additional invoices relating to this litigation beginning 10 days after the date those invoices were provided to the Orthophoenix Parties.

_____
United States District Judge