

John W. Shaw
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 – Direct
jshaw@shawkeller.com

September 16, 2016

**BY CM/ECF AND HAND DELIVERY**
The Honorable Leonard P. Stark
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    <u>Orthophoenix, LLC. v. Stryker Corp.</u>, <u>et al.</u>, C.A. No. 13-1628-LPS

Dear Chief Judge Stark:

    I write on behalf of Medtronic, Inc. ("Medtronic") in connection with the oral argument scheduled for Monday, September 26, 2016 in this matter, and specifically with reference to Medtronic's Reply In Support of Its Motion to Enforce Settlement Agreement, D.I. 282 at 10, in which Medtronic stated that it would submit to the Court an accounting of the amounts which became due and owing to Medtronic after its motion was filed.

    We have today filed this accounting, which is current through August 31, 2016. The accounting may be found in the docket as D.I. 289 (Declaration of John W. Shaw in further support of Medtronic, Inc.'s Submission of Accounting of Costs).

                                                            Respectfully submitted,

                                                            */s/ John W. Shaw*

                                                             John W. Shaw (No. 3362)

cc:     All Counsel of Record (by CM/ECF)
           Clerk of the Court (by CM/ECF)